```
 1  GEORGE S. CARDONA
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    ELIZABETH CARPENTER (SBN: 243460)
 4  Assistant United States Attorney
    Organized Crime Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0347
 7       Facsimile: (213) 894-3713
         E-mail:    elizabeth.carpenter@usdoj.gov
 8
    Attorney for Plaintiff
 9  United States of America
```

                    UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-911-AHM |
|---|---|---|
| Plaintiff, | ) ) | <u>GOVERNMENT'S POSITION</u> <u>RE: SENTENCING</u> |
| v. | ) | |
| SCOTT ALLEN SPERLING, | ) ) | Sentencing Date: August 1, 2007 Sentencing Time: 3:00 p.m. |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Criminal Procedure 32(f), the government, by and through its attorney of record, the United States Attorney for the Central District of California, hereby files its position regarding the Presentence Report ("PSR") submitted by the United States Probation Office ("USPO") for defendant Scott Allen Sperling ("defendant"). The government is bound by its obligations under the plea agreement in this case to recommend the following Sentencing Guidelines calculation:

```
    Base Offense Level   :    + 18  [U.S.S.G. § 2G2.2(a)(1)]

    Specific Offense
    Characteristics

    Age of Victim        :    + 2   [U.S.S.G. § 2G2.2(b)(2)]
```

| | | | |
|---|---|---|---|
| Sadistic Conduct | : | + 4 | [U.S.S.G. § 2G2.2(b)(4)] |
| Use of a Computer | : | + 2 | [U.S.S.G. § 2G2.2(b)(6)] |
| > 600 Images | : | + 5 | [U.S.S.G. § 2G2.2(b)(7)(D)] |
| Acceptance of Responsibility | : | -3 | [U.S.S.G. § 3E1.1] |

Adjusted total Offense level : 28

The government believes that a sentence within the applicable Sentencing Guidelines range of 78-97 months is appropriate. To the extent that they do not conflict with the above calculation, the government otherwise concurs in the criminal history category determination and the factual findings of the U.S. Probation Office ("USPO") in the Presentence Report ("PSR") for defendant.

Accordingly, and in accordance with its obligations under the plea agreement between the parties, the government respectfully requests that the Court impose a sentence within the Sentencing Guidelines range corresponding to a total offense level of 28, criminal history category I, and to impose a $100 special assessment.

Respectfully submitted,

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant U.S. Attorney
Chief, Criminal Division

*Elizabeth Carpenter*
ELIZABETH CARPENTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2

## CERTIFICATE OF SERVICE BY MAIL

I, **Hortencia Montes**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in the Certificate was made; that on July 10, 2007, I deposited in the United States mails in the United States Courthouse, 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S POSITION RE: SENTENCING**
**Addressed to:**

**Scott Spindel**
**16255 Ventura Blvd, Suite 1018**
**Encino, California 91436**

at **his** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on July 10, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Hortencia Montes