PROB 12
(Rev. 11/04)

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. SCOTT ALLEN SPERLING                                      Docket No. CR06-00911-AHM

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of SCOTT ALLEN SPERLING who was placed on supervision by the Honorable A. HOWARD MATZ sitting in the Court at Los Angeles, California, on the 1st day of August, 2007* who fixed the period of supervision at ten years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). *Amended on December 15, 2009 and April 25, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Scott Allen Sperling has requested approval to continue to use the internet, which our office and his treatment provider both believe should be monitored. While the current special conditions of supervision include the installation of computer monitoring software, Mr. Sperling has not been ordered to pay the associated fees, or follow the rules and regulations of the program. Therefore, our office is recommending a modification to the special conditions of supervision to include these two items.

Mr. Sperling and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** The offender shall comply with the rules and regulations of the Computer Monitoring Program. The offender shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet.

ORDER OF COURT

Considered and ordered this 7th day of May, 2014 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge

Respectfully,
_____
RANDY ORLOW
U. S. Probation Officer
Place: Ventura, California

Approved: BRANDON SCHNEIDER
Supervising U.S. Probation Officer

Date: May 5, 2014